| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Rovner, Ilana D. | 2. Court or Organization 7th Circuit Court of Appeals | 3. Date of Report 07/05/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge (active) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

United States Court of Appeals
219 S Dearborn Street
Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member Emeritus, Board of Trustee | |
| 2. | Member, Board of Overseers | |
| 3. | Member, Board of Directors | |
| 4. | Trustee | Trust |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rovner, Ilana D.** | 07/05/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Patrial Honorary Membership | | $1,800.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CitiMortgage | Cosigner on      mortgage | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/05/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Industrial Development Bank of Israel, Ltd. | | None | K | T | | | | | |
| 2. IRA Acct #5 | D | Distribution | L | T | | | | | |
| 3. | B | Int./Div. | | | | | | | |
| 4. -Fidelity Cash Reserves | | | | | Distributed (part) | 12/01/11 | J | | |
| 5. -Fidelity Government Income | | | | | Buy (add'l) | 01/31/11 | J | | |
| 6. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 7. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 8. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 9. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 10. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 11. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 12. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 13. | | | | | Buy (add'l) | 09/09/11 | J | | |
| 14. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 15. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 16. | | | | | Sold (part) | 11/29/11 | J | | |
| 17. | | | | | Buy (add'l) | 11/30/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/05/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/16/11 | J | | |
| 19. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 20. -Fidelity Government Money Mkt | | | | | Sold (part) | 11/28/11 | J | | |
| 21. -Fidelity Ginnie Mae | | | | | Buy (add'l) | 01/31/11 | J | | |
| 22. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 23. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 24. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 25. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 26. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 27. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 28. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 29. | | | | | Buy (add'l) | 09/09/11 | J | | |
| 30. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 31. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 32. | | | | | Sold (part) | 11/29/11 | J | A | |
| 33. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 34. | | | | | Buy (add'l) | 12/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 36. -Fidelity Canada | | | | | Sold (part) | 11/29/11 | J | A | |
| 37. | | | | | Buy (add'l) | 12/02/11 | J | | |
| 38. Trust #1 - Account No. 2 | D | Dividend | P1 | T | | | | | |
| 39. | A | Interest | | | | | | | |
| 40. | B | Royalty | | | | | | | |
| 41. -Sch AMT TF Money Market Fd (SWFXX) | | | | | Redeemed (part) | 01/06/11 | J | | |
| 42. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 43. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 44. | | | | | Redeemed (part) | 02/28/11 | J | | |
| 45. | | | | | Redeemed (part) | 03/03/11 | J | | |
| 46. | | | | | Buy (add'l) | 03/28/11 | J | | |
| 47. | | | | | Redeemed (part) | 04/07/11 | J | | |
| 48. | | | | | Buy (add'l) | 04/28/11 | J | | |
| 49. | | | | | Buy (add'l) | 05/26/11 | K | | |
| 50. | | | | | Redeemed (part) | 05/31/11 | K | | |
| 51. | | | | | Redeemed (part) | 06/06/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 06/27/11 | J | | |
| 53. | | | | | Redeemed (part) | 07/05/11 | J | | |
| 54. | | | | | Buy (add'l) | 07/28/11 | K | | |
| 55. | | | | | Buy (add'l) | 08/26/11 | J | | |
| 56. | | | | | Redeemed (part) | 08/30/11 | J | | |
| 57. | | | | | Buy (add'l) | 09/26/11 | J | | |
| 58. | | | | | Redeemed (part) | 09/30/11 | K | | |
| 59. | | | | | Redeemed (part) | 10/20/11 | K | | |
| 60. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 61. | | | | | Redeemed (part) | 11/28/11 | J | | |
| 62. | | | | | Buy (add'l) | 11/29/11 | K | | |
| 63. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 64. | | | | | Redeemed (part) | 12/30/11 | K | | |
| 65. -Sch AMT Tax-Free Money Mt Fd (SWWXX) | | | | | Buy (add'l) | 01/18/11 | J | | |
| 66. | | | | | Buy (add'l) | 02/15/11 | J | | |
| 67. | | | | | Buy (add'l) | 03/15/11 | J | | |
| 68. | | | | | Buy (add'l) | 04/15/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 05/16/11 | J | | |
| 70. | | | | | Buy (add'l) | 06/15/11 | J | | |
| 71. | | | | | Buy (add'l) | 07/15/11 | J | | |
| 72. | | | | | Buy (add'l) | 08/15/11 | J | | |
| 73. | | | | | Buy (add'l) | 09/15/11 | J | | |
| 74. | | | | | Buy (add'l) | 10/17/11 | J | | |
| 75. | | | | | Buy (add'l) | 11/15/11 | J | | |
| 76. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 77. -Allen Cnty IN Comm Bonds | | | | | Redeemed | 07/15/11 | K | | |
| 78. -Zeeland MI Pub School Bonds | | | | | Redeemed | 05/01/11 | K | | |
| 79. -AT&T Inc. CS | | | | | | | | | |
| 80. -Archer-Daniels-Midland Co. | | | | | | | | | |
| 81. -Bank of America Corp | | | | | | | | | |
| 82. -Comcast Corp New CL A | | | | | | | | | |
| 83. -Grupo Televisa SA De CVF | | | | | | | | | |
| 84. -Intel Corp. CS | | | | | | | | | |
| 85. -Marriott Intl Inc. Cl A CS | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -Medtronic, Inc. | | | | | | | | | |
| 87.   -Schnitzer Stl Inds Cl A | | | | | | | | | |
| 88.   -Teck Cominco Ltd Cl B | | | | | | | | | |
| 89.   -Wynn Resorts | | | | | | | | | |
| 90.   -Fidelity Govt Income Fund | | | | | Buy (add'l) | 01/31/11 | J | | |
| 91. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 92. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 93. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 94. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 95. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 96. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 97. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 98. | | | | | Buy (add'l) | 09/09/11 | J | | |
| 99. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 100. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 101. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 102.   -Buckeye Partners LP | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/05/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Hugoton Royalty Trust | | | | | | | | | |
| 104. -Plum Creek Timber Co. | | | | | | | | | |
| 105. -Prologis Trust New Reit | | | | | Merged (with line 169) | 06/06/11 | J | | |
| 106. -Alcoa Inc | | | | | | | | | |
| 107. -Citigroup Inc | | | | | Buy (add'l) | 06/20/11 | J | | |
| 108. | | | | | Buy (add'l) | 08/29/11 | J | | |
| 109. | | | | | Buy (add'l) | 11/25/11 | J | | |
| 110. -Wells Fargo XIV 8.625%68 | | | | | Redeemed | 10/03/11 | J | A | |
| 111. -Wells Fargo 8.00% Pfd | | | | | | | | | |
| 112. -T Rowe Price Tax Free | | | | | Buy (add'l) | 01/31/11 | J | | |
| 113. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 114. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 115. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 116. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 117. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 118. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 119. | | | | | Buy (add'l) | 08/31/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 121. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 122. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 123. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 124.  -Vanguard GNMA Fund | | | | | Buy (add'l) | 01/31/11 | J | | |
| 125. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 126. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 127. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 128. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 129. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 130. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 131. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 132. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 133. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 134. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 135. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 136.  -Wells Fargo Advantage Ult S/T Mun In Inv | | | | | Buy (add'l) | 01/31/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 138. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 139. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 140. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 141. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 142. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 143. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 144. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 145. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 146. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 147. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 148. -Wells Fargo Advantage S/T Muni Bd Inv | | | | | Buy (add'l) | 01/31/11 | J | | |
| 149. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 150. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 151. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 152. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 153. | | | | | Buy (add'l) | 06/30/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 155. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 156. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 157. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 158. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 159. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 160. -Teradata Corp | | | | | | | | | |
| 161. -NCR | | | | | | | | | |
| 162. -Blackrock Long Term Muni | | | | | | | | | |
| 163. -Clough Global Oppty Fund | | | | | | | | | |
| 164. -Eaton Vance Enhanced | | | | | | | | | |
| 165. -Nuveen Core Equity Fund | | | | | | | | | |
| 166. -Pimco Global Stocks Plus | | | | | | | | | |
| 167. -Travelers Companies Inc | | | | | | | | | |
| 168. -Potash Corp Sask Inc | | | | | Buy | 05/17/11 | J | | |
| 169. -Prologis Inc New | | | | | Open | 06/06/11 | J | | See Line 105 |
| 170. | | | | | Sold (part) | 06/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

| | NONE (No reportable income, assets, or transactions.) |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Marriott Vacations | | | | | Spinoff (from line 85) | 11/21/11 | J | | |
| 172. | | | | | Sold (part) | 12/21/11 | J | C | |
| 173.  IRA Acct #8 | E | Int./Div. | O | T | | | | | |
| 174. | E | Distribution | | | | | | | |
| 175.  -Schwab Bank | | | | | Distributed (part) | 03/24/11 | J | | |
| 176. | | | | | Distributed (part) | 11/28/11 | K | | |
| 177.  -Vanguard Energy | | | | | Buy (add'l) | 03/22/11 | J | | |
| 178. | | | | | Buy (add'l) | 12/16/11 | J | | |
| 179.  -Vanguard GNMA Fund | | | | | Buy (add'l) | 01/31/11 | J | | |
| 180. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 181. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 182. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 183. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 184. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 185. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 186. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 187. | | | | | Buy (add'l) | 09/30/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 189. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 190. | | | | | Buy (add'l) | 12/29/11 | J | | |
| 191. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 192. -Vanguard Short Term Investmt Grade Fd | | | | | Buy (add'l) | 01/31/11 | J | | |
| 193. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 194. | | | | | Buy (add'l) | 03/22/11 | J | | |
| 195. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 196. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 197. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 198. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 199. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 200. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 201. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 202. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 203. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 204. | | | | | Buy (add'l) | 12/30/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/05/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -TRowe Price New Era Fd | | | | | Buy (add'l) | 12/15/11 | J | | |
| 206.  -Conocophillips | | | | | Buy (add'l) | 03/02/11 | J | | |
| 207. | | | | | Buy (add'l) | 06/02/11 | J | | |
| 208. | | | | | Buy (add'l) | 09/02/11 | J | | |
| 209. | | | | | Buy (add'l) | 12/02/11 | J | | |
| 210.  -Intl Business Machines (IBM) | | | | | | | | | |
| 211.  -Sequoia | | | | | Buy (add'l) | 11/14/11 | J | | |
| 212.  -Cerner | | | | | | | | | |
| 213.  -Citigroup Inc | | | | | Buy (add'l) | 06/20/11 | J | | |
| 214. | | | | | Buy (add'l) | 08/29/11 | J | | |
| 215. | | | | | Buy (add'l) | 11/25/11 | J | | |
| 216.  -Devon Energy CP | | | | | Buy (add'l) | 01/03/11 | J | | |
| 217. | | | | | Buy (add'l) | 04/01/11 | J | | |
| 218. | | | | | Buy (add'l) | 07/01/11 | J | | |
| 219. | | | | | Buy (add'l) | 10/03/11 | J | | |
| 220.  -Dominion Res Inc va | | | | | Buy (add'l) | 03/22/11 | J | | |
| 221. | | | | | Buy (add'l) | 06/21/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 09/21/11 | J | | |
| 223. | | | | | Buy (add'l) | 12/21/11 | J | | |
| 224. -Gafisa Adr | | | | | | | | | |
| 225. -Kinder Morgan Mgmt LLC | | | | | | | | | |
| 226. -Pimco Corp Income Fund | | | | | Buy (add'l) | 02/02/11 | J | | |
| 227. | | | | | Buy (add'l) | 03/02/11 | J | | |
| 228. | | | | | Buy (add'l) | 04/04/11 | J | | |
| 229. | | | | | Buy (add'l) | 05/03/11 | J | | |
| 230. | | | | | Buy (add'l) | 06/02/11 | J | | |
| 231. | | | | | Buy (add'l) | 07/05/11 | J | | |
| 232. | | | | | Buy (add'l) | 08/02/11 | J | | |
| 233. | | | | | Buy (add'l) | 09/02/11 | J | | |
| 234. | | | | | Buy (add'l) | 10/04/11 | J | | |
| 235. | | | | | Buy (add'l) | 11/02/11 | J | | |
| 236. | | | | | Buy (add'l) | 12/02/11 | J | | |
| 237. -Randgold Res Ltd Adr | | | | | | | | | |
| 238. -Tellabs Inc | | | | | Buy (add'l) | 02/28/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 240. | | | | | Buy (add'l) | 08/29/11 | J | | |
| 241. | | | | | Buy (add'l) | 11/21/11 | J | | |
| 242. -Verizon Communications | | | | | | | | | |
| 243. -Frontier Communications | | | | | | | | | |
| 244. -Warner Chilcott Plc | | | | | | | | | |
| 245. -Harbor Bond Fund Inst Cl | | | | | Buy (add'l) | 03/30/11 | J | | |
| 246. | | | | | Buy (add'l) | 06/29/11 | J | | |
| 247. | | | | | Buy (add'l) | 09/29/11 | J | | |
| 248. | | | | | Buy (add'l) | 12/16/11 | J | | |
| 249. -Janus Short Term Bd Fd | | | | | Buy (add'l) | 01/31/11 | J | | |
| 250. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 251. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 252. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 253. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 254. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 255. | | | | | Buy (add'l) | 07/29/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 257. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 258. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 259. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 260. | | | | | Buy (add'l) | 12/22/11 | J | | |
| 261. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 262. -Ridgeworth US Gov Sec | | | | | Buy (add'l) | 01/31/11 | J | | |
| 263. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 264. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 265. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 266. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 267. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 268. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 269. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 270. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 271. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 272. | | | | | Buy (add'l) | 11/30/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 274.  -TCW Total Return Bond | | | | | Buy (add'l) | 01/31/11 | J | | |
| 275. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 276. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 277. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 278. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 279. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 280. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 281. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 282. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 283. | | | | | Buy (add'l) | 11/01/11 | J | | |
| 284. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 285. | | | | | Buy (add'l) | 12/29/11 | J | | |
| 286.  -Thompson Plumb Bond Fund | | | | | Buy (add'l) | 03/29/11 | J | | |
| 287. | | | | | Buy (add'l) | 06/28/11 | J | | |
| 288. | | | | | Buy (add'l) | 09/27/11 | J | | |
| 289. | | | | | Buy (add'l) | 12/20/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Vanguard Short Term Bond | | | | | Buy (add'l) | 01/31/11 | J | | |
| 291. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 292. | | | | | Buy (add'l) | 03/22/11 | J | | |
| 293. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 294. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 295. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 296. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 297. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 298. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 299. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 300. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 301. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 302. | | | | | Buy (add'l) | 12/22/11 | J | | |
| 303. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 304. -Annaly Capital Mgmt | | | | | Buy (add'l) | 01/31/11 | J | | |
| 305. | | | | | Buy (add'l) | 04/28/11 | J | | |
| 306. | | | | | Buy (add'l) | 07/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. | | | | | Buy (add'l) | 10/28/11 | J | | |
| 308. -Government Ppty Income Tr | | | | | Buy (add'l) | 02/24/11 | J | | |
| 309. | | | | | Buy (add'l) | 05/25/11 | J | | |
| 310. | | | | | Buy (add'l) | 08/25/11 | J | | |
| 311. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 312. -Ishares Iboxx Investop | | | | | | | | | |
| 313. -Ishares Msci Brazil Indx | | | | | | | | | |
| 314. -National Retail Pptys | | | | | Buy (add'l) | 02/16/11 | J | | |
| 315. | | | | | Buy (add'l) | 05/17/11 | J | | |
| 316. | | | | | Buy (add'l) | 08/16/11 | J | | |
| 317. | | | | | Buy (add'l) | 11/16/11 | J | | |
| 318. -Plum Creek Timber Co | | | | | Buy (add'l) | 03/07/11 | J | | |
| 319. | | | | | Buy (add'l) | 06/01/11 | J | | |
| 320. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 321. | | | | | Buy (add'l) | 12/01/11 | J | | |
| 322. -Spdr Gold Trust | | | | | | | | | |
| 323. -Aluminum Corp China ADR | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Bank of America Corp | | | | | Buy (add'l) | 03/28/11 | J | | |
| 325. | | | | | Buy (add'l) | 06/27/11 | J | | |
| 326. | | | | | Buy (add'l) | 09/26/11 | J | | |
| 327. | | | | | Buy (add'l) | 12/27/11 | J | | |
| 328. -Blackrock Enhcd Cap & Income | | | | | | | | | |
| 329. -Eaton Van Tax Adv | | | | | | | | | |
| 330. -Visa Inc Cl A | | | | | | | | | |
| 331. -Guggenheim Enhanced Eqty Income Fund | | | | | | | | | |
| 332. -Potash Corp Sask Inc | | | | | Buy | 03/21/11 | J | | |
| 333. Trust #4 | D | Dividend | O | T | | | | | |
| 334. | D | Interest | | | | | | | |
| 335. -Fidelity Tax-Free Money Market | | | | | | | | | |
| 336. -AT&T Inc Com | | | | | | | | | |
| 337. -Agnico Eagle Mines Com NPV | | | | | | | | | |
| 338. -Alcoa Inc | | | | | | | | | |
| 339. -Anadarko Pete Corp | | | | | | | | | |
| 340. -Apple Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Brocade Communications Sys | | | | | | | | | |
| 342. -Enbridge Energy Partners LP | | | | | | | | | |
| 343. -Govt Pptys Income Tr Com Shs | | | | | | | | | |
| 344. -Ishares Inc MSCI Canada Index Fd | | | | | | | | | |
| 345. -ITC Hldgs Corp | | | | | | | | | |
| 346. -Pimco Mun Income Fd II | | | | | | | | | |
| 347. -Range Resources Corp | | | | | | | | | |
| 348. -SPDR Ser Tr Morgan Stanley Tech | | | | | | | | | |
| 349. -Tata Motors Limited Adr Ea Rep | | | | | | | | | |
| 350. -Fidelity Canada (FICDX) | | | | | Buy (add'l) | 12/02/11 | J | | |
| 351. -American Century Tax Free Bond (TWTIX) | | | | | Buy (add'l) | 01/01/11 | J | | |
| 352. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 353. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 354. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 355. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 356. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 357. | | | | | Buy (add'l) | 06/30/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 359. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 360. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 361. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 362. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 363. -Baird Intermediate Muni Bond Invs Cl (BMBSX) | | | | | Buy (add'l) | 01/25/11 | J | | |
| 364. | | | | | Buy (add'l) | 02/25/11 | J | | |
| 365. | | | | | Buy (add'l) | 03/25/11 | J | | |
| 366. | | | | | Buy (add'l) | 04/25/11 | J | | |
| 367. | | | | | Buy (add'l) | 05/25/11 | J | | |
| 368. | | | | | Buy (add'l) | 06/27/11 | J | | |
| 369. | | | | | Buy (add'l) | 07/25/11 | J | | |
| 370. | | | | | Buy (add'l) | 08/25/11 | J | | |
| 371. | | | | | Buy (add'l) | 09/26/11 | J | | |
| 372. | | | | | Buy (add'l) | 10/25/11 | J | | |
| 373. | | | | | Buy (add'l) | 11/28/11 | J | | |
| 374. | | | | | Buy (add'l) | 12/27/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 26 of 33

Name of Person Reporting

Rovner, Ilana D.

Date of Report

07/05/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375.  -Marshall Intermed Tax Free Cl Y (MITFX) | | | | | Buy (add'l) | 01/01/11 | J | | |
| 376. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 377. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 378. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 379. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 380. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 381. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 382. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 383. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 384. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 385. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 386. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 387. | | | | | Buy (add'l) | 12/08/11 | J | | |
| 388.  -Pimco Total Return Class D (PTTDX) | | | | | Buy (add'l) | 01/01/11 | J | | |
| 389. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 390. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 391. | | | | | Buy (add'l) | 03/31/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 393. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 394. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 395. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 396. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 397. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 398. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 399. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 400. | | | | | Buy (add'l) | 12/28/11 | J | | |
| 401. -T Rowe Price Tax Free Short Inter (PRFSX) | | | | | Buy (add'l) | 01/01/11 | J | | |
| 402. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 403. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 404. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 405. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 406. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 407. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 408. | | | | | Buy (add'l) | 07/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 410. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 411. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 412. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 413. -Thornburg Ltd Term -Municipal Fund Cl A (LTMFX) | | | | | Buy (add'l) | 01/01/11 | J | | |
| 414. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 415. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 416. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 417. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 418. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 419. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 420. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 421. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 422. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 423. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 424. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 425. -Thornburg Strategic Municipal Income C (TSSCX) | | | | | Buy (add'l) | 01/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 427. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 428. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 429. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 430. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 431. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 432. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 433. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 434. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 435. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 436. | | | | | Buy (add'l) | 11/18/11 | J | | |
| 437. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 438. -Vanguard GNMA (VFIIX) | | | | | Buy (add'l) | 01/01/11 | J | | |
| 439. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 440. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 441. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 442. | | | | | Buy (add'l) | 04/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 33

Name of Person Reporting

Rovner, Ilana D.

Date of Report

07/05/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 444. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 445. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 446. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 447. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 448. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 449. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 450. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 451. -Wells Fargo Ultra Shrt Tm Muni Inc-Adv (SMUAX) | | | | | Buy (add'l) | 01/01/11 | J | | |
| 452. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 453. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 454. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 455. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 456. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 457. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 458. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 459. | | | | | Buy (add'l) | 08/31/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 33

**Name of Person Reporting**

Rovner, Ilana D.

**Date of Report**

07/05/2012

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 461. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 462. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 463. -Wells Fargo Short Term Muni Bd-Invest (STSMX) | | | | | Buy (add'l) | 01/01/11 | J | | |
| 464. | | | | | Buy (add'l) | 01/31/11 | J | | |
| 465. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 466. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 467. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 468. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 469. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 470. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 471. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 472. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 473. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 474. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 475. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 476. -Hatteras Finl Corp Com (HTS) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/05/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/05/2012 |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 07/05/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ilana D. Rovner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544